IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRADLEY RELIFORD, | ) | |
| | ) | NO. 13-CV-00353 |
|    Plaintiff, | ) | |
| | ) | JURY DEMANDED |
| v. | ) | |
| | ) | |
| WESTERN FUNDING, INC., | ) | JUDGE KEVIN SHARP |
| | ) | MAGISTRATE JUDGE E. CLIFTON |
|    Defendant. | ) |   KNOWLES |
| | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

Defendant Western Funding, Inc. states that it has filed a petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada that has been assigned case number 13-17588-led and suggests that this action has been stayed by operation of 11 U.S.C. § 362.

                                              Respectfully submitted,

                                              _/s/ Sara Anne Quinn_____
                                              Kara E. Shea, BPR 18221
                                              Sara Anne Quinn, BPR 29424
                                              150 Third Avenue South, Suite 1600
                                              Nashville, TN 37201
                                              Kara.shea@butlersnow.com
                                              Saraanne.quinn@butlersnow.com
                                              Phone: (615) 651-6700
                                              Fax: (615) 651-6701

                                              ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of the foregoing has been served via U.S. District Court ECF System upon:

Justin S. Gilbert
Jonathan L. Bobbitt
Jessica F. Salonus
101 North Highland Avenue
Jackson, Tennessee 38301
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com
jsalonus@gilbertfirm.com

*Attorneys for Plaintiff*

on this the 10th day of September, 2013.

               /s/Sara Anne T. Quinn
               Sara Anne T. Quinn

ButlerSnow 17581157v1